IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EBONIE TOWNSEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23 C 2204 |
| v. | ) | |
| | ) | Judge Jorge Alonso |
| SYNCHRONY FINANCIAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    On April 24, 2023, Plaintiff's complaint was dismissed without prejudice for failure to state a claim upon which relief could be granted [8]. Plaintiff was granted 28 days, or until May 22, 2023, to file an amended complaint that alleges a claim upon which relief can be granted [8]. Plaintiff was informed that failure to do so would result in a dismissal of this action. Plaintiff has not filed an amended complaint. It is therefore ordered that this action is DISMISSED without prejudice. Plaintiff's Motion to Object to Exercise of Jurisdiction By A United States Magistrate Judge [7] is denied as moot.

Civil case terminated.

SO ORDERED.                                                                 ENTERED: October 10, 2023

 

_____
**HON. JORGE ALONSO**
**United States District Judge**